# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARIEN HOUSER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-1875 |
| | : | |
| **SUPT. J. TERRA, ANTHONY LETIZIO, DEPUTY SIPPLE, CHCA HUNER, JANE/JOHN DOE, JANE/JOHN DOE** | : : : : | |

## ORDER

**AND NOW**, this 10th day of July 2025, upon reviewing Superintendent Joseph Terra, Deputy Superintendent Mandy Biser Sipple, and Corrections Health Care Administrator Britney Huner's Motion (ECF 13) to dismiss the Complaint (ECF 2), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF 13) is **GRANTED** requiring we:

1. **Dismiss** claims asserted against Superintendent Joseph Terra, Deputy Superintendent Mandy Biser Sipple, and Corrections Health Care Administrator Britney Huner in their official capacity with prejudice; and,

2. **Dismiss** claims asserted against Superintendent Joseph Terra, Deputy Superintendent Mandy Biser Sipple, and Corrections Health Care Administrator Britney Huner in their individual capacity without prejudice to Plaintiff to filing an amended Complaint against these persons in their individual capacity and within the statute of limitations by no later than **August 13, 2025**.

_____
**KEARNEY, J.**