### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARIEN HOUSER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-1875** |
| | : | |
| **ANTHONY LETIZIO,** | : | |
| **SUPERINTENDENT J. TERRA,** | : | |
| **JOSEPH WALSH, CHCA HUNER,** | : | |
| **DEPUTY SIPPLE, DEPUTY HENSLEY,** | : | |
| **JANE/JOHN DOE, JANE/JOHN DOE** | : | |
| **BUREAU OF HEALTH CARE** | : | |
| **SERVICES FINAL DECISION** | : | |
| **MAKERS** | : | |

## <u>ORDER</u>

**AND NOW**, this 3rd day of October 2025, consistent with our Congressionally mandated obligation under section 1915A to screen an incarcerated person's amended Complaint (ECF 28), after having granted him leave to amend after an earlier dismissal (ECF 15) and then accepted his untimely amendment attributed to mail delivery issues at this facility (ECF 29), and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1.    **DISMISS** the amended Complaint (ECF 28) against Dr. Anthony Letizio without prejudice;

2.    **ALLOW** Plaintiff to proceed against Superintendent Terra, Health Care Administrator Huner, Deputies Sipple and Hensley, Physician Assistant Walsh for an alleged denial of medical care under the Eighth Amendment <u>but</u> do not issue summons upon these state actors until further Order;

3.    **GRANT** Plaintiff leave by no later than **November 17, 2025** to file a second amended Complaint pleading claims against Dr. Anthony Letizio and the Facility officials (and possibly adding specific allegations as to the timing of each Defendant's conduct since April 7,

2023 to address potential statute of limitations arguments as to the additional Defendants); <u>or</u>, absent a timely second amended Complaint, we will proceed to direct service of the amended Complaint (ECF 28) upon Superintendent Terra, Health Care Administrator Huner, Deputies Sipple and Hensley, Physician Assistant Walsh; and,

    4.    The Clerk of Court shall not issue summons until further Order.


**KEARNEY, J.**