IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARIEN HOUSER** | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 25-1875** |
| | : |
| **ANTHONY LETIZIO,** | : |
| **SUPERINTENDENT J. TERRA, ,** | : |
| **CHCA HUNER, DEPUTY SIPPLE,** | : |
| **DEPUTY HENSLEY, JANE/JOHN** | : |
| **DOE, JANE/JOHN DOE BUREAU OF** | : |
| **HEALTH CARE SERVICES FINAL** | : |
| **DECISION MAKERS** | : |
| | : |

## ORDER

**AND NOW**, this 27th day of February 2026, upon considering Dr. Letizio and Physician Assistant Walsh's Motion to dismiss (ECF 40), the Commonwealth Defendants' Motion to dismiss (ECF 41), the incarcerated Plaintiff's consolidated Opposition (ECF 46) filed after we granted him an extension of time (ECF 44), and having carefully parsed through a variety of allegations and mindful of the Plaintiff's pro se incarcerated status, it is **ORDERED** we:

1. **GRANT in part** and **DENY in part** the medical professionals' Motion (ECF 40) requiring we:

   a. **Allow** Plaintiff to proceed against Dr. Letizio within the statute of limitations on exhausted grievances;

   b. **Dismiss** claims as Physician Assistant Walsh;

2. **GRANT in part** and **DENY in part** Superintendent Terra, Deputy Superintendent Sipple, and Corrections Health Care Administrator Huner's Motion (ECF 41) allowing the incarcerated Plaintiff to proceed <u>only</u> as against:

a.   Superintendent Terra for denial of medical care alleged in paragraph 4 of the amended Complaint (ECF 28);

b.   Health Care Administrator Huner for denial of medical care as alleged in paragraph 5 of the amended Complaint (ECF 28) and paragraphs 3 and 4 of the second amended Complaint (ECF 34);

c.   Deputy Superintendent Sipple for denial of medical care as alleged in paragraph 4 of the second amended Complaint (ECF 34);[1]

3.   **GRANT** Dr. Letizio, Superintendent Terra, Administrator Huner, and Deputy Superintendent Sipple leave to answer these remaining claims from the consolidated third amended Complaint (ECF 28, 34) on or before **March 16, 2026**; and,

4.   **DIRECT** the Clerk of Court to **amend** the caption as above.

_____
KEARNEY, J.

---

[1] Deputy Superintendent Charles Hensley remains unserved. We ordered service on Deputy Hensley on February 9, 2026. ECF 45. We do not have proof of service on Deputy Hensley to date.