**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DARIEN HOUSER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 25-1875** |
| | : | |
| **SUPT. J. TERRA, ANTHONY LETIZIO, DEPUTY SIPPLE, CHCA HUNER, DEPUTY HENSLEY** | : | |

# ORDER

**AND NOW**, this 30th day of October 2026, upon studying the Commonwealth Defendants' and Dr. Letizio's Motions for summary judgment (ECFs 84, 87), the incarcerated Plaintiff's Response (ECFs 102, 108), Dr. Letizio's Reply (ECF 103), examining the entire submitted records for genuine issues of material fact mindful Plaintiff seeks the singular remedy to order the Commonwealth Defendants and Dr. Letizio to direct or perform surgery to alleviate pain, and finding no genuine issue of material fact as to Dr. Letizio's inability to provide this relief as he is no longer a physician at Plaintiff's Facility or involved in medical care through the Facility and Plaintiff did not exhaust his administrative remedies required by Congress as against the Commonwealth Defendants, and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **GRANT:**

a. the Commonwealth Defendants' Motion for summary judgment (ECF 84) as there is no genuine issue of material fact Plaintiff did not exhaust his administrative remedies on his sole claim seeking an order compelling a surgery upon him as to the Commonwealth Defendants;

b. Dr. Letizio's Motion for summary judgment (ECF 87) as there is no genuine issue of material fact Dr. Letizio can no longer provide the sole requested remedy against him; and,

2. **ENTER** judgment against the Plaintiff and in favor of the Defendants requiring the Clerk of Court **CLOSE** this case.

**KEARNEY, J.**